**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____  Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Moss Mill Brewing Company, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3497056** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **109 Pike Cir, Suite D** **Huntingdon Valley, PA 19006-1630** Number, Street, City, State & ZIP Code | **645 Arbor Road** **Cheltenham, PA 19012** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Montgomery** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor    **Moss Mill Brewing Company, LLC**                                      Case number (*if known*) _____
　　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | ____ |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☑ Chapter 7 |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | ☐ Chapter 11. *Check **all** that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No. |
| | ☐ Yes. |
| If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | District _____ When _____ Case number _____ |

| Debtor | **Moss Mill Brewing Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Moss Mill Brewing Company, LLC**                          Case number (*if known*) _____
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Moss Mill Brewing Company, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2024**
_____
MM / DD / YYYY

**X** **/s/ Nicholas M. Rodgers**          **Nicholas M. Rodgers**
_____          _____
Signature of authorized representative of debtor          Printed name

Title    **Officer / Owner**
_____

---

**18. Signature of attorney**

**X** **/s/ Brad J. Sadek, Esq.**          Date    **February 12, 2024**
_____          _____
Signature of attorney for debtor          MM / DD / YYYY

**Brad J. Sadek, Esq.**
_____
Printed name

**Sadek Law Offices, LLC**
_____
Firm name

**1500 JFK Boulevard**
**Suite 220**
**Philadelphia, PA 19102**
_____
Number, Street, City, State & ZIP Code

Contact phone    **215-545-0008**          Email address    **brad@sadeklaw.com**

**90488 PA**
_____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Moss Mill Brewing Company, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __February 12, 2024__    X /s/ Nicholas M. Rodgers
                                        Signature of individual signing on behalf of debtor

                                        **Nicholas M. Rodgers**
                                        Printed name

                                        **Officer / Owner**
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Moss Mill Brewing Company, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $      **6,564.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................    $      **6,564.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **131,858.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      **559,316.03**

4.    Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b    $      **691,174.03**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Moss Mill Brewing Company, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fulton Bank** | **Business Checking** | **0423** | **$4,616.00** |
| 3.2. | **Fulton Bank** | **Business Checking** | **2985** | **$1,660.00** |
| 3.3. | **Fulton Bank** | **Business Checking** | **3860** | **$1.00** |
| 3.4. | **M&T Bank** | **Advanced Business Checking** | **7790** | **$16.00** |
| 3.5. | **M&T Bank** | **Commercial Savings** | **5952** | **$271.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$6,564.00**

**Part 2:**   **Deposits and Prepayments**

| Debtor | **Moss Mill Brewing Company, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** | **Raw materials** | | | |
| **20.** | **Work in progress** | | | |
| **21.** | **Finished goods, including goods held for resale** | | | |
| **22.** | **Other inventory or supplies** **Bagged BestMalt Ingredients (22 Bags)** | | **Unknown** | | **Unknown** |

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

| | $0.00 |
|---|---|

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor    **Moss Mill Brewing Company, LLC**                    Case number *(If known)* _____
_____
Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>**Commercial Char-Broil Grill** | Unknown | | Unknown |
| | **Fire Pits (6)** | Unknown | | Unknown |
| | **Lawn Chairs (27) and Picnic Tables (11)** | Unknown | | Unknown |
| | **Tent 60ft x 20ft w/walls** | $0.00 | | Unknown |
| | **Outdoor Space Heaters (3)** | Unknown | | Unknown |
| | **Propane Tanks (15)** | Unknown | | Unknown |
| | **Frigidare Window Air Conditioner** | Unknown | | Unknown |
| | **Skid Aluminum Cans (3)** | $0.00 | | Unknown |
| | **Roll Around Tranfer Tank ( 1 1/2 Barrells)** | Unknown | | Unknown |
| | **Galanz Bench Top Refrigerator / Freezer** | Unknown | | Unknown |
| | **Counter Top 700 Watt Microwave** | Unknown | | Unknown |
| | **VD-650 Bench Top Laminar Flow Cabinet** | Unknown | | Unknown |
| | **Benchmark CO2 Incubator** | Unknown | | Unknown |
| | **Lab-Line Environ Mechanical Shaker** | Unknown | | Unknown |
| | **American Sterilizers Bench Top** | Unknown | | Unknown |
| | **Branson 1210 Sonic Bath** | Unknown | | Unknown |
| | **Magic Chef 24" Combo Washer / Dryer** | Unknown | | Unknown |
| | **LD-3 Electronic Centifuge** | Unknown | | Unknown |

Debtor    **Moss Mill Brewing Company, LLC**                    Case number *(If known)* _____
Name

| | | |
|---|---|---|
| **Scilogex MX-F Vortex Mixer** | **Unknown** | **Unknown** |
| **Chemometec YC-100 Nucleo- Counter** | **Unknown** | **Unknown** |
| **Maelstrom Magnetic Stirrer** | **Unknown** | **Unknown** |
| **PCR Machine Thermalcycler** | **Unknown** | **Unknown** |
| **Cabanets Assorted Lab Glassware & Test Tubes (2)** | **Unknown** | **Unknown** |
| **Rational Double-Stacked Commercial Oven** | **Unknown** | **Unknown** |
| **Stainless Steel Hood 102in w/ 36in Exhaust Fan** | **Unknown** | **Unknown** |
| **Modular Cold Storage Box** | **Unknown** | **Unknown** |
| **Eagle Group Triple Stainless Steel Commercial Sink** | **Unknown** | **Unknown** |
| **Smaller Triple Well Stainless Steel Sink** | **Unknown** | **Unknown** |
| **Onkio Sound System w/8 Speakers** | **Unknown** | **Unknown** |
| **Stainless Steel Cabinet 3'x2'** | **Unknown** | **Unknown** |
| **Rockville RCS180-6 Amplifier w/Travel Case** | **Unknown** | **Unknown** |
| **TP-Link 24 Port Gigibit Switch (new)** | **Unknown** | **Unknown** |
| **Supremetal Stainless Steel Ice Station** | **Unknown** | **Unknown** |
| **ICEE 4 Station Slushie Machine** | **Unknown** | **Unknown** |
| **Acanto Counter Top Pizza Oven** | **Unknown** | **Unknown** |
| **8 Cu Ft. Carbon Filter** | **Unknown** | **Unknown** |
| **Single Stage Glycol Chiller 7HP** | **Unknown** | **Unknown** |
| **Alpha 2 Roller Grain Mill** | **Unknown** | **Unknown** |

Debtor    **Moss Mill Brewing Company, LLC**                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Flex Auger System** | **Unknown** | | **Unknown** |
| **7BBL 2 Vessel Direct Fire Brewhouse** | **Unknown** | | **Unknown** |
| **Brewhouse Full Automation Upgrade** | **Unknown** | | **Unknown** |
| **400,000 BTU Direct Fire Natural Gas Burner** | **Unknown** | | **Unknown** |
| **Sew Eruodrive Motors (On Brewsystem)** | **Unknown** | | **Unknown** |
| **Liquor Blending Flow Meter** | **Unknown** | | **Unknown** |
| **Wort Micro-Oxygenation Assembly** | **Unknown** | | **Unknown** |
| **All Glass Wort Grant** | **Unknown** | | **Unknown** |
| **Wort Grant Liquid Level Automation** | **Unknown** | | **Unknown** |
| **7BBL Cold Liquor Tank** | **Unknown** | | **Unknown** |
| **Cold Liquor Tank Pump** | **Unknown** | | **Unknown** |
| **Cold Liquor Tank Assembly** | **Unknown** | | **Unknown** |
| **Cold Liquor Tank Pump** | **Unknown** | | **Unknown** |
| **Cold Liquor Tank Assembly** | **Unknown** | | **Unknown** |
| **7in Touch Screen Cellar Temperature Controller** | **Unknown** | | **Unknown** |
| **Brewery Hose & Fittings** | **Unknown** | | **Unknown** |
| **Sanitary Bi-Metal Thermometer** | **Unknown** | | **Unknown** |
| **RTD Sensors (12)** | **Unknown** | | **Unknown** |
| **Bellimor Glycol Valve (12)** | **Unknown** | | **Unknown** |
| **RTD Sensor Wire** | **Unknown** | | **Unknown** |
| **Hach 3100 Orbisphere** | **Unknown** | | **Unknown** |

Debtor   **Moss Mill Brewing Company, LLC**                 Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **Anton Paar Density Meter** | **Unknown** | **Unknown** |
| **Autoclave** | **Unknown** | **Unknown** |
| **Zahm and Nagel co2 Meter** | **Unknown** | **Unknown** |
| **Roku Smart Tvs (3)** | **Unknown** | **Unknown** |
| **Ipads (3)** | **Unknown** | **Unknown** |
| **Autoclave** | **Unknown** | **Unknown** |
| **3 Door True Behind Bar Fridge w/12 taps** | **Unknown** | **Unknown** |
| **3 Shelf Wire Shelves (10)** | **Unknown** | **Unknown** |
| **Carosel Glass Washer** | **Unknown** | **Unknown** |
| **3 Bay Glass Washin Shink 2 Ice Bin Combo Unit** | **Unknown** | **Unknown** |
| **12 Tap Double Sided Micromatic Tap Tower** | **Unknown** | **Unknown** |
| **Cash Drawer & Receipt Printer (2)** | **Unknown** | **Unknown** |
| **Hand Washing Sink (2)** | **Unknown** | **Unknown** |
| **Arcade Consols (2)** | **Unknown** | **Unknown** |
| **Copper Tables (11)** | **Unknown** | **Unknown** |
| **Copper Cocktail Tables (4)** | **Unknown** | **Unknown** |
| **Bar Stools (53)** | **Unknown** | **Unknown** |
| **Table Chairs (31)** | **Unknown** | **Unknown** |
| **4x4 Ikea Shelving Units (3)** | **Unknown** | **Unknown** |
| **Micromatic 12 Tap Tower** | **Unknown** | **Unknown** |
| **Under Bar Ice Machine** | **Unknown** | **Unknown** |

Debtor    **Moss Mill Brewing Company, LLC**                     Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **3 Basin Sink** | **Unknown** | | **Unknown** |
| **2 Door Under Bar Fridge** | **Unknown** | | **Unknown** |
| **3 Door Beverage Sales Fridge** | **Unknown** | | **Unknown** |
| **3 Head Slushy Machine** | **Unknown** | | **Unknown** |
| **Dixie Canner Crowler Machine** | **Unknown** | | **Unknown** |
| **4 Head Table Top Can Filler** | **Unknown** | | **Unknown** |
| **Oktober Can Seamer** | **Unknown** | | **Unknown** |
| **Can Labeler** | **Unknown** | | **Unknown** |
| **100 In Projector Screen (3)** | **Unknown** | | **Unknown** |
| **1080p Projectors** | **Unknown** | | **Unknown** |
| **8' Catering Table (7)** | **Unknown** | | **Unknown** |
| **6' Catering Table (6)** | **Unknown** | | **Unknown** |
| **6' Shelves on Wall** | **Unknown** | | **Unknown** |
| **12' Shelves on Wall** | **Unknown** | | **Unknown** |
| **10' Fridge** | **Unknown** | | **Unknown** |
| **4' Stainless Shelves (2)** | **Unknown** | | **Unknown** |
| **Prep Sink** | **Unknown** | | **Unknown** |
| **Panini Press** | **Unknown** | | **Unknown** |
| **Slicer** | **Unknown** | | **Unknown** |
| **Portable Burner (2)** | **Unknown** | | **Unknown** |
| **Hanging Dish Drying Rack (2)** | **Unknown** | | **Unknown** |

Debtor    **Moss Mill Brewing Company, LLC**                    Case number *(If known)*
          Name

| | | | |
|---|---|---|---|
| **Hand Sink** | **Unknown** | | **Unknown** |
| **Shelf NSF Rack** | **Unknown** | | **Unknown** |
| **Warmer Light** | **Unknown** | | **Unknown** |
| **2 Drawer Table** | **Unknown** | | **Unknown** |
| **Reach in Fridge & Freezer** | **Unknown** | | **Unknown** |
| **Sheet Tray Rack** | **Unknown** | | **Unknown** |
| **Electric Convection Oven** | **Unknown** | | **Unknown** |
| **4' Bay Marie** | **Unknown** | | **Unknown** |
| **4 Drawer Chef Table** | **Unknown** | | **Unknown** |
| **2 Bay Fryer** | **Unknown** | | **Unknown** |
| **1 Bay Fryer** | **Unknown** | | **Unknown** |
| **6 Locker Unit** | **Unknown** | | **Unknown** |
| **3 Shelf Bookcase** | **Unknown** | | **Unknown** |
| **Trash Cans (4)** | **Unknown** | | **Unknown** |
| **Dunnage Racks (4)** | **Unknown** | | **Unknown** |
| **Food Warmer** | **Unknown** | | **Unknown** |
| **Wooden High Chairs (3)** | **Unknown** | | **Unknown** |
| **Folding Chairs (10)** | **Unknown** | | **Unknown** |
| **Chalk Boards (3)** | **Unknown** | | **Unknown** |
| **Clothing Rack** | **Unknown** | | **Unknown** |
| **CIP Pump** | **Unknown** | | **Unknown** |

Debtor  **Moss Mill Brewing Company, LLC**                     Case number *(If known)* _____
        Name

| **Hand Trucks (2)** | Unknown | | Unknown |
|---|---|---|---|
| **Husky Air Compressor** | Unknown | | Unknown |
| **CO2 Cylindars (5)** | Unknown | | Unknown |
| **Ladders (2)** | Unknown | | Unknown |
| **Micromatic CO2/NO Blender** | Unknown | | Unknown |
| **Office Desks (3)** | Unknown | | Unknown |
| **Office Chairs (3)** | Unknown | | Unknown |
| **2 Drawer FIling Cabinets (2)** | Unknown | | Unknown |
| **2 Door Safe** | Unknown | | Unknown |
| **6' 4 Shelf Wall Shelves** | Unknown | | Unknown |
| **Chafers (2)** | Unknown | | Unknown |
| **Assorted Catering Utensils & Dishes** | Unknown | | Unknown |
| **4' Rolling Tables** | Unknown | | Unknown |
| **Assorted Shelving (2)** | Unknown | | Unknown |
| **HP Computer** | Unknown | | Unknown |
| **Monitors (3)** | Unknown | | Unknown |
| **Radio Communication System** | Unknown | | Unknown |
| **Camera Survalence Monitor** | Unknown | | Unknown |
| **HP Printer** | Unknown | | Unknown |
| **Vacuum** | Unknown | | Unknown |
| **Floor Fan** | Unknown | | Unknown |

40.   **Office fixtures**

Debtor    **Moss Mill Brewing Company, LLC**                         Case number *(If known)* _____
       Name

| | |
|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

$0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Ford F-150 Pick Up Truck** | $0.00 | | Unknown |
| 47.2. **Storage Trailer 40ft x 8ft (2386 cu ft)** | $0.00 | | Unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
   Add lines 47 through 50.  Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.

Debtor    **Moss Mill Brewing Company, LLC**_____    Case number *(If known)* _____
          Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor     **Moss Mill Brewing Company, LLC**                          Case number *(If known)* _____
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,564.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,564.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,564.00 |

**Fill in this information to identify the case:**

Debtor name   **Moss Mill Brewing Company, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Fulton Bank NA**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Brewing epuipment** | $131,858.00 | $0.00 |
|---|---|---|---|---|

**Fulton Bank NA**
Creditor's Name

**One Penn Square
P.O. Box 4887
Lancaster, PA 17604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1652**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Brewing epuipment**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $131,858.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Moss Mill Brewing Company, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**109 (One) Pike Circle, LLC**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Commerical Lease**<br>**-Premises: 109 Pike Circle, Suite D, Lower Southampton, PA**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Keg Logistics, LLC**<br>**PO Box 912908**<br>**Denver, CO 80291-2908**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **1751** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Invoice**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,319.30** |
| **3.3** Nonpriority creditor's name and mailing address<br>**Manaufactures and Traders Trust Company**<br>**One M&T Plaza**<br>**17th Floor**<br>**Buffalo, NY 14203**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **5003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **SBA Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$325,500.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**PECO**<br>**Attn: Bankruptcy**<br>**2301 Market Street**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **5087** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$506.05** |

Debtor   **Moss Mill Brewing Company, LLC**                                    Case number (if known) _____
         Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,569.86 |

**3.5** Nonpriority creditor's name and mailing address

PECO
Attn: Bankruptcy
2301 Market Street
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number **0005**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

$1,569.86

---

**3.6** Nonpriority creditor's name and mailing address

Roberts Oxygen Company, Inc.
15830 Redland Road
PO Box 5507
Derwood, MD 20855

Date(s) debt was incurred _

Last 4 digits of account number **1357**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other**

Is the claim subject to offset? ■ No  ☐ Yes

$396.62

---

**3.7** Nonpriority creditor's name and mailing address

The 5th Ingredient, Inc.
8004 NW 154th St 652
Miami Lakes, FL 33016

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Other**

Is the claim subject to offset? ■ No  ☐ Yes

$411.77

---

**3.8** Nonpriority creditor's name and mailing address

U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

Date(s) debt was incurred _

Last 4 digits of account number **7400**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SBA Loan COVID Economic Injury Loan**

Is the claim subject to offset? ■ No  ☐ Yes

$74,900.00

---

**3.9** Nonpriority creditor's name and mailing address

Verizon
PO Box 15124
Albany, NY 12212-5124

Date(s) debt was incurred _

Last 4 digits of account number **0153**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No  ☐ Yes

$412.43

---

**3.10** Nonpriority creditor's name and mailing address

Virgina and Michael Rodgers
325 W. Moss Mill Road
Egg Harbor City, NJ 08215

Date(s) debt was incurred **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Loan**

Is the claim subject to offset? ■ No  ☐ Yes

$153,300.00

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Debtor    **Moss Mill Brewing Company, LLC**
_____
Name

Case number (*if known*)    _____



|  | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a. $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ 559,316.03 |
| **5c. Total of Parts 1 and 2** | 5c. $ 559,316.03 |
| Lines 5a + 5b = 5c. |  |

Fill in this information to identify the case:

Debtor name    **Moss Mill Brewing Company, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Moss Mill Brewing Company, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City        State        Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name   **Moss Mill Brewing Company, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$450,531.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$235,256.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- |
   | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor    **Moss Mill Brewing Company, LLC**                                          Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor   **Moss Mill Brewing Company, LLC** _____   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sadek Law Offices**<br>**1500 JFK Boulevard**<br>**Suite 220**<br>**Philadelphia, PA 19102** | **Including filing fee and expenses** | **December 8, 2023** | **$7,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

| Debtor | **Moss Mill Brewing Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **Moss Mill Brewing Company, LLC**                                    Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor   **Moss Mill Brewing Company, LLC**                                    Case number *(if known)* _____

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Evann Rodgers | 645 Arbor Road Cheltenham, PA 19012 | CMO Ownership interest | 48.3% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nicolas Rodgers | 645 Arbor Road Cheltenham, PA 19012 | CEO/Head Brewer Ownership interest | 43.3 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Rodgers | 325 W. Moss Mills Road Egg Harbor City, NJ 08215 | Ownership interest | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Virgina Rodgers | 325 W. Moss Mills Road Egg Harbor City, NJ 08215 | Ownership interest | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Corbo | 105 Bourne Circle Hamburg, NJ 07419 | Ownership interest | 1% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kristian Sundberg | 901 North Randolph Street Philadelphia, PA 19123 | Ownership interest | 4% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Moss Mill Brewing Company, LLC** _____    Case number *(if known)* _____

☐ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2024** _____

**/s/ Nicholas M. Rodgers** _____    **Nicholas M. Rodgers** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Officer / Owner** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Moss Mill Brewing Company, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................ $ _____**7,162.00**

Prior to the filing of this statement I have received ........................... $ _____**0.00**

Balance Due .......................................................................... $ _____**7,162.00**

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 12, 2024** _____          **/s/ Brad J. Sadek, Esq.** _____
*Date*                                                **Brad J. Sadek, Esq.**
                                                      *Signature of Attorney*
                                                      **Sadek Law Offices, LLC**
                                                      **1500 JFK Boulevard**
                                                      **Suite 220**
                                                      **Philadelphia, PA 19102**
                                                      **215-545-0008  Fax: 215-545-0611**
                                                      **brad@sadeklaw.com**
                                                      *Name of law firm*

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Moss Mill Brewing Company, LLC**

Debtor(s)

Case No.

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Officer / Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:  **February 12, 2024**

**/s/ Nicholas M. Rodgers**

**Nicholas M. Rodgers/Officer / Owner**

Signer/Title

109 (One) Pike Circle, LLC


Fulton Bank NA
One Penn Square
P.O. Box 4887
Lancaster, PA 17604


Keg Logistics, LLC
PO Box 912908
Denver, CO 80291-2908


Manaufactures and Traders Trust Company
One M&T Plaza
17th Floor
Buffalo, NY 14203


PECO
Attn: Bankruptcy
2301 Market Street
Philadelphia, PA 19103


PECO
Attn: Bankruptcy
2301 Market Street
Philadelphia, PA 19103


Roberts Oxygen Company, Inc.
15830 Redland Road
PO Box 5507
Derwood, MD 20855


The 5th Ingredient, Inc.
8004 NW 154th St 652
Miami Lakes, FL 33016


U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

Verizon
PO Box 15124
Albany, NY 12212-5124


Virgina and Michael Rodgers
325 W. Moss Mill Road
Egg Harbor City, NJ 08215

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Moss Mill Brewing Company, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Moss Mill Brewing Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 12, 2024**

Date

**/s/ Brad J. Sadek, Esq.**

**Brad J. Sadek, Esq.**

Signature of Attorney or Litigant

Counsel for   **Moss Mill Brewing Company, LLC**

**Sadek Law Offices, LLC**
**1500 JFK Boulevard**
**Suite 220**
**Philadelphia, PA 19102**
**215-545-0008 Fax:215-545-0611**
**brad@sadeklaw.com**